

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Nathan Landin Gonzalez,                     * From the 106th District Court
                                              of Dawson County,
                                              Trial Court No. 13-7338.

Vs. No. 11-14-00349-CR                       * December 15, 2016

The State of Texas,                          * Memorandum Opinion by Wright, C.J.
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.